# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| **MEDICA HEALTH PLANS, MEDICA INSURANCE COMPANY, AND MEDICA HEALTH PLANS OF WISCONSIN,** <br><br>　　　　　　**Plaintiffs,** <br><br>　　v. <br><br> **UNITED STATES,** <br><br>　　　　　　**Defendant.** | No. 17-94C <br> Filed: June 19, 2020 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

The court is in receipt of the parties' June 19, 2020 stipulation for the entry of judgment. Pursuant to the parties' joint stipulation for the entry of judgment, containing an agreed amount for judgment, the court enters judgment in favor of the plaintiff in the amount of $53,332,172.09 for Count I of plaintiffs' amended complaint. Counts II, III, and IV of plaintiffs' amended complaint are dismissed with prejudice. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　s/Marian Blank Horn
　　　　　　　　　　　　　　　　　　　　**MARIAN BLANK HORN**
　　　　　　　　　　　　　　　　　　　　　　**Judge**